IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2011 APR 15 PM 3: 46
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
WILLIAM HUFFMAN )
GLORIA PAGAN-HUFFMAN )
)
        Debtors ) CH 13 Case No. 06-40370
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        WILLIAM HUFFMAN
        GLORIA PAGAN-HUFFMAN
        1125 N. HIGHLAND AVE., APT. 7
        GIRARD, OH 44420

                      $5.00

        **TOTAL:**         **$5.00**

2. A check in the amount of $64.05, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this ___14th___ day of April, 2011.

                      _____
                      MICHAEL A. GALLO, TRUSTEE
                      20 Federal Plaza West
                      Suite #602
                      Youngstown, OH 44503
                      (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
WILLIAM HUFFMAN )
GLORIA PAGAN-HUFFMAN )
)
Debtors ) CH 13 Case No. 06-40370
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ___14th___ day of April, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: _Jennifer Buchmann_
Jennifer Buchmann - Assistant

Trustee:67　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:523237　　　　　　　　　　　　　　　Page 1 OF 1
VOUCHER FOR CHECK: 872851
DATED: 2011/03/25

| NAME OF CREDITOR | CASE | CLS | CRE | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0640370 | 926 | 6 | 69 HUFFMAN, WILLIAM PAGAN-HUFFMAN, GLORIA | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640907 | 926 | 6 | 14 NANCE, JACK R NANCE, EUTONA L | UNCLAIMED FUNDS | 12.31 | 0.00 | 12.31 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742285 | 926 | 6 | 19 HAKE, CHERYL A. | UNCLAIMED FUNDS | 13.88 | 0.00 | 13.88 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841864 | 926 | 6 | 28 BRAXTON, SANDRA S. BRAXTON, PHILIP J. | UNCLAIMED FUNDS | 7.37 | 0.00 | 7.37 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0842055 | 926 | 6 | 21 THORPE, CECIL M. THORPE, MYRTLE M. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940093 | 926 | 6 | 30 ARTHUR, PAUL A. ARTHUR, CHRISTY L. | UNCLAIMED FUNDS | 15.48 | 0.00 | 15.48 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942844 | 926 | 6 | 29 GUERRERO, DENNIS R GUERRERO, PATRICIA R | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

#ITEMS 7　　　PRINCIPAL 64.05　　　INTEREST 0.00　　　PRINC + INT 64.05

CURRENT CHECK

06-40370-kw    Doc 26    FILED 04/15/11    ENTERED 04/15/11 16:02:31    Page 3 of 3